UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

MARC CHRISTOPHER TURNER
        Petitioner
    v.
TRACY JOHNS
        Respondent

**Judgment in a Civil Case**

Case Number: 5:10-HC-2075-D

**Decision by Court.**

This action came before the Honorable James C. Dever III, United States District Judge, for consideration of the petition for writ of habeas corpus

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed without prejudice.

This Judgment Filed and Entered on February 1, 2011, with service on:
Marc Christopher Turner 12786-097, Federal Correctional Institution, P.O. Box 1000, Butner, NC 27509 (via U.S. Mail)
Joshua B. RoysterDelForge (via CM/ECF Notice of Electronic Filing)

February 1, 2011                     /s/ Dennis P. Iavarone
                                                   Clerk

Raleigh, North Carolina